**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

STEFANIE A. HANNA                         CASE No. 08-65213
                                          Chapter 7
                                          Honorable WALTER SHAPERO

_____ Debtor(s)          /

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

    The attached check in the amount of $64.64 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a).  The name(s) of the Party(ies) entitled to these unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| US BANK, NA | 3 | $64.64 |

**TOTAL**                         **$64.64**

Dated:  January 5, 2010                   /s/ Kenneth A. Nathan
                                          Kenneth A. Nathan, Trustee
                                          260 Franklin Center
                                          29100 Northwestern Highway
                                          Southfield, MI 48034
                                          (248) 351-0099
                                          knathantrustee@nathanzousmer.com